IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
FEB 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| COASTAL INTERNATIONAL SECURITY, INC.<br>1197 Spring Ave.<br>Surfside Bach, South Carolina 29575,<br><br>    Plaintiff<br><br>    v.<br><br>SYSTEMS TRAINING AND RESOURCE TECHNOLOGIES, INC., d/b/a STARTECH INTERNATIONAL SECURITY<br>5501 Backlick Road, Suite 200<br>Springfield, Virginia 22151,<br><br>SERVE:   CT Corporation System<br>               1015 15th ST., NW, Suite 1000<br>               Washington DC, 20005<br><br>    Defendant | CASE NUMBER 1:07CV00392<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Contract<br><br>DATE STAMP: 02/23/2007 |

**COMPLAINT**
**(BREACH OF CONTRACT)**

For its Complaint in this action, Plaintiff Coastal International Security, Inc. by its undersigned attorneys, alleges as follows:

### INTRODUCTION

1.    This is an action to enforce a settlement agreement between the parties and obtain a judgment in the amount of $900,000 due thereunder from Defendant to Plaintiff.

### PARTIES

2.    Plaintiff Coastal International Security, Inc. is a South Carolina

corporation with its principal place of business at 1197 Spring Ave., Surfside Beach, South Carolina 29575, outside of this judicial district.

3.  Defendant Systems Training and Resource Technologies, Inc. is a District of Columbia corporation with its principal place of business at 5501 Backlick Road, Suite 200, Springfield, Virginia 22151.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, because the action is between citizens of different states and the amount in controvery exceeds $75,000.

5.  Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(a) (1) because Defendant is a resident of this district.

## FACTS

6.  On August 10, 2000, Plaintiff and Defendant entered into a Subcontract Agreement covering Plaintiff's contract with the U.S. Department of Agriculture for security guard services.

7.  As provided in that Subcontract Agreement, the parties entered into an escrow agreement with the Bank of America, and Defendant assigned all contract proceeds to the Bank under this agreement. The escrow agreement provided for direct payment from the Bank of America to Plaintiff of amounts due under the Subcontract Agreement.

8.  At some point in 2006, Defendant ended the assignment of contract proceeds to the Bank of America, and substituted a new bank, First Horizon. Defendant

2

did not notify Plaintiff of this change, and did not enter into a new escrow agreement with Plaintiff.

9. In 2006, Defendant began to fall into arrears in its payments to Plaintiff. Plaintiff also learned that Defendant had terminated the assignment to the Bank of American and instead assigned contract proceeds to another bank. Contrary to the Subcontract Agreement, Defendant did not include Plaintiff in an escrow agreement with that bank.

10. Pursuant to the Subcontract Agreement, Plaintiff commenced an arbitration proceeding to resolve its contract disputes with Defendant.

11. Before that arbitration proceeding concluded, Plaintiff and Defendant negotiated a Settlement Agreement to resolve their dispute. The parties executed that Settlement Agreement on January 31 and February 2, 2007.

12. Pursuant to the Settlement Agreement, Defendant was to pay Plaintiff the amount of $900,000 in two installments; $250,000 due immediately, and $650,000 due on February 16, 2007.

13. On February 2, 2007, concurrent with the execution of the Settlement Agreement, Defendant tendered to Plaintiff, through counsel, a check in the amount of $250,000. Plaintiff deposited this check in the account of its parent corporation. This check did not clear, however. On February 12, 2007, the depository bank reported that the check had been retuned by the bank upon which it was drawn. As of the date of this Complaint, Defendant has not paid Plaintiff this amount.

14. Defendant also failed to make the $650,000 payment due to Plaintiff on February 16, 2007. As of the date of this Complaint, Defendant has not paid Plaintiff this amount.

## CLAIM FOR RELIEF: BREACH OF CONTRACT

15. Defendant's failure to pay Plaintiff the sums provided for in the Settlement Agreement, at the times provided therein, is a material breach of contract.

16. Plaintiff is entitled to full and immediate payment of the $900,000 due under the Settlement Agreement.

## PRAYER FOR RELIEF

For the reasons set forth above, Plaintiff requests the following relief from the Court:

A. Judgment against Defendant and in favor of Plaintiff in the amount of $900,000, plus any interest allowable by law;

B. Such other and further relief as the Court deems appropriate.

Respectfully submitted,



Joseph J. Petrillo (DC Bar # 184986 )
Petrillo & Powell, PLLC
Suite 440
5335 Wisconsin Ave., NW
Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656

Dated: Feb. 23, 2007

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Coastal International Security, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (Horry)
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Systems Training and Resource Technologies, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER 1:07CV00392

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Joseph J. Petrillo, Petrillo & Powell
5335 Wisc., Av., NW, Wash., DC 20015

JUDGE: Ricardo M. Urbina

DECK TYPE: Contract

DATE STAMP: 02/23/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Breach of contract, diversity jursidiction.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE Feb. 23, 2007   SIGNATURE OF ATTORNEY OF RECORD   [signature]

JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.