

CO-386
Rev. 10/03

FILED
FEB 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Coastal International Security, Inc.

    Plaintiff

v.

Systems Training and Resource Technologies, Inc.

    Defendant

CASE NUMBER  1:07CV00392

JUDGE: Ricardo M. Urbina

DECK TYPE: Contract

DATE STAMP: 02/23/2007

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Coastal Internat'l Sec., Inc.__, which have any outstanding securities in the hands of the public. __NONE__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

184986
Bar Identification Number

Joseph J. Petrillo
Print Name

5335 Wisc., AV., NW, Suite 440
Address

Washington, DC  20015
City  State  Zip

202-887-0405
Telephone Number