IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COASTAL INTERNATIONAL SECURITY, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SYSTEMS TRAINING AND RESOURCE )<br>TECHNOLOGIES, INC. , d/b/a STARTECH )<br>)<br>Defendant )<br>) | Civil Action No.<br>1:07-cv-00392-RMU<br><br>(Judge Urbina) |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and in order to effectuate the terms of a settlement agreement between the parties, Plaintiff hereby files this notice of dismissal and asks that the action be dismissed without prejudice.

Respectfully submitted,

_____
Joseph J. Petrillo (DC Bar # 184986 )
Petrillo & Powell, PLLC
Suite 440
5335 Wisconsin Ave., NW
     Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656

Dated:  March 23, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 23rd day of March, 2007, he served, a copy of the foregoing Voluntary Dismissal, by U.S. Mail, postage prepaid, upon:

President
Systems Training and Resource Technologies, Inc.
d/b/a STARTECH International Security
5501 Backlick Road, Suite 200
Springfield, Virginia 22151,

    and

Systems Training and Resource Technologies, Inc.
d/b/a STARTECH International Security
C/O   CT Corporation System
1015 15th ST., NW, Suite 1000
Washington DC, 20005

_____
Joseph J. Petrillo

2